# United States Court of Appeals
# for the Fifth Circuit

―――――――

No. 23-11163
Summary Calendar

―――――――

United States Court of Appeals
Fifth Circuit

**FILED**

October 10, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

William Morris Risby,

*Defendant—Appellant*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:23-CR-99-1

―――――――――――――――――――――

Before King, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

William Morris Risby appeals the district court's order denying release pending sentencing. Because Risby has been sentenced, his appeal is moot. *See* 18 U.S.C. § 3143(a)(1). We lack the power to decide moot questions, that is, "when, by virtue of an intervening event, a court of appeals cannot grant any effectual relief whatever in favor of the appellant."

―――――――――――――――――

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-11163

*Calderon v. Moore*, 518 U.S. 149, 150 (1996) (internal quotation marks and citation omitted).

Accordingly, Risby's appeal is DISMISSED as moot.